UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiff,

        Case No.: 19-cv-03125

v.

MCR INVESTORS LLC,

        Defendant.

_____/

## JOINT STIPULATION OF EXTENSION OF TIME FOR MCR INVESTORS LLC TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT

NOW COMES defendant MCR INVESTORS LLC ("Defendant"), by and through undersigned counsel, and Plaintiff Victor Lopez, ("Plaintiff"), by and through undersigned counsel, who hereby jointly agree and stipulate that Defendant shall have a 30-day extension of time to respond to Plaintiff's Complaint, up to and including July 9, 2019.

_____
Jeffrey Michael Gottlieb, Esq.
150 E. 18 St. – Suite PHR
New York, New York 10003
Tel. (212) 228-9795
Email: nyjg@aol.com

Attorney for Plaintiff

_____
Aaron R. Easley, Esq. (ae9922)
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Email: aeasley@sessions.legal

Attorney for Defendant

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Date: June 11, 2019