**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

June 17, 2019

<u>**VIA ECF**</u>

The Honorable Judge Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Victor Lopez, On Behalf of Himself and All Other Persons Similarly Situated v. MCR Investors LLC**
<u>**Case No.: 1:19-cv-03125**</u>

Dear Judge Lehrburger,

    This firm represents Plaintiff Victor Lopez, On Behalf of Himself and All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's consent, to inform you that the Parties have a settlement, in principle, and respectfully request that Your Honor dismiss this matter with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated.

    We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,
GOTTLIEB & ASSOCIATES

<u>*s/ Jeffrey M. Gottlieb*</u>
Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)