UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VICTOR LOPEZ, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED

Index No.: 19-cv-03125

Plaintiff,

**Stipulation of Dismissal**

v.

MCR INVESTORS LLC

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, VICTOR LOPEZ, and Defendants, MCR INVESTORS LLC, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
July 15, 2019

SESSIONS, FISHMAN, NATHAN & ISRAEL

_____
Aaron R. Easley, Esq.
3 Cross Creek Drive
Flemingon, New Jersey 08822
(908) 237-1660
Attorneys for Defendants

GOTTLIEB & ASSOCIATES

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge